1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAMIEN M. McDOUGLAND, | 1:07-cv-01590 AWI-SMS (PC) |
|---|---|
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION |
| vs. | TO PROCEED IN FORMA PAUPERIS AND |
| | CERTIFIED COPY OF TRUST ACCOUNT |
| CALIFORNIA DEPARTMENT OF | STATEMENT **OR** PAY FILING FEE |
| CORRECTIONS AND REHABILITATION, | WITHIN THIRTY (30) DAYS |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient as follows:

The application did not include the required original signature by an authorized officer of the institution of incarceration. 28 U.S.C. § 1915(a)(2).

The application did not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

-1-

1    Plaintiff will be provided the opportunity to submit a new application to proceed
2 in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing
3 fee.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1. The Clerk's Office shall send plaintiff the form for application to proceed in
6 forma pauperis.
7    2. Within thirty (30) days of the date of service of this order, plaintiff shall submit
8 a completed application to proceed in forma pauperis and a certified copy of his prison trust
9 account statement for the six month period immediately preceding the filing of the complaint, or
10 in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order
11 will result in a recommendation that this action be dismissed.
12
13 IT IS SO ORDERED.
14 **Dated:   November 5, 2007**              /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE