# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN M. MCDOUGLAND,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01590-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 1 and 16) |

    Plaintiff Damien M. McDougland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.  Plaintiff did not file a timely Objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The Findings and Recommendations, filed August 4, 2008, is adopted in full; and

3    2.   This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim

4         upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   September 17, 2008**           /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE